UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:06CV1744   CDP |
| ) | |
| SIXTY THOUSAND DOLLARS, ) | |
| ) | |
| Defendant. ) | |

## ORDER VACATING JUDGMENT

When I entered the default judgment of forfeiture yesterday, I did not realize that claimant Zelman Sanders had filed a motion to set aside the entry of default. Claimant Sanders has shown good cause to set aside the default, and so

**IT IS HEREBY ORDERED** that the claimant's motion to set aside default [#9] is granted, and both the entry of default and the default judgment of forfeiture are VACATED.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 2nd day of May, 2007.